UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| DIRECTV INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:05cv0743 AS-CAN |
| | ) | |
| ART NICOL, | ) | |
| | ) | |
| Defendant | ) | |

*MEMORANDUM AND ORDER*

This court takes full judicial notice of the record in this case since its filing on March 10, 2003. Of particular focus now is the Report and Recommendation filed by United States Magistrate Judge, Christopher A. Nuechterlein on March 29, 2006. As of May 24, 2006, no objections have been filed and the time has now expired for doing so.

Obviously defaults under Rule 55(a) of the Federal Rules of Civil Procedure must be handled with restraint and care. Such has been done here by the magistrate judge, and there has been compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). Actually, motions for a clerk's entry of default have been requested in cause numbers 3:05cv0679 and 3:05cv0742, and those are each **DENIED**. The recommendation further recommends that in cause number 3:05cv0743, the default be **VACATED** and that the Clerk's entry of default be **DENIED**. Thus, the recommendation of the magistrate judge filed March 29, 2006 is **ADOPTED FULLY**, and results in the denial of defaults in all three of the referenced cases. **IT IS SO ORDERED**.

**DATED:** June 7, 2006

                                                 **S/ ALLEN SHARP**
                                                 **ALLEN SHARP, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein