UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **DIRECTV, INC.,** ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | No. 3:05cv0743 AS |
| ) | |
| **ART NICOL,** ) | |
| ) | |
| Defendant. ) | |

*AMENDED MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 25, 2007, and as of today, there were no objections or responses filed. This court now **ADOPTS** the recommendation of the magistrate judge and **DISMISSES** the complaint in this case **WITHOUT PREJUDICE**. Each party is to bear its own costs. **IT IS SO ORDERED.**

DATED: February 21, 2007

                                        S/ ALLEN SHARP
                                    **ALLEN SHARP, JUDGE**
                                    **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein